# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY MONIQUE CLARK, | Case No.: 1:21-cv-01022- JLT |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Destiny Monique Clark seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying an application for Social Security benefits. (Doc. 2.) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Plaintiff completed an application and affidavit on May 21, 2021. (Doc. 2.) However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to her application, Plaintiff has "never worked before." (Doc. 2 at 1.) Plaintiff indicates that she has not received any additional money from pension, disability payments, gifts, or any other sources. (*Id.*) Plaintiff noted she does not have any real estate, stocks, or financial instruments. (*Id.* at 2.) However, Plaintiff indicates she has $130.00 in cash or an account. (*Id.*) Given the lack of information provided regarding Plaintiff's finances, the Court is unable to determine

whether Plaintiff is dependent upon another—such as a spouse or parent—who may pay the filing fee in this action.

Therefore, Plaintiff is **ORDERED** to file, within twenty-one days of this order, an application that includes additional information regarding how Plaintiff is supporting herself, or her dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: __**July 7, 2021**__  _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE