JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Destiny Monique Clark, <br><br> Plaintiff, <br><br> vs. <br><br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:21-cv-01022-BAK <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 4, 2022 to December 5, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause exists.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR).  A review of the

1

records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.  This has caused an unusually large number of cases that have merit briefs due in the months of August and September.  For the weeks of October 3, 2022 and October 10, 2022, Counsel currently has 11 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

Also, as previously reported, Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to take time off during the work week and work months since then. Although much improved, Counsel still participates in regular physical therapy two to three times per week.

Lastly, Counsel for Plaintiff and his husband are expecting their fourth child through surrogacy and time off or a reduction in workhours during the last week of October 2022 is expected.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 22, 2022         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: September 23, 2022         PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER K. THOMPSON

2

```
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration


                           By:  */s/ Marla K. Letellier
                                Marla K. Letellier
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on September 23, 2022)
```

## ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated:  **September 23, 2022**               **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE